THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH E. SMITH, Appellant, *v.* JOHN J. SCANNELL, as Fire Commissioner of the City of New York, Respondent.

*People ex rel. Smith* v. *Scannell*, 71 App. Div. 491, affirmed.
(Argued June 11, 1902; decided June 27, 1902.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, made April 18, 1902, which affirmed an order of Special Term

denying an application for a peremptory writ of mandamus to compel the defendant to restore the relator's salary as fire department surgeon to the sum of $2,500.

*Francis A. McCloskey* for appellant.

*George L. Rives, Corporation Counsel* (*James McKeen* of counsel), for respondent.

Order affirmed, with costs, on opinion below.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, VANN, CULLEN and WERNER, JJ.